IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEFFERY S. COWGILL
ADC #145476                                                                    PLAINTIFF

v.                               No. 4:24-cv-429-DPM

ESTELLA BLAND, Nurse Practitioner,
WellPath;  SNOW, ADON/DON,
WellPath, Cummins Unit;  and
NICOLE REDDICK, RN, WellPath,
Cummins Unit                                                                 DEFENDANTS

ORDER

After the partial recommendation was filed, the Court received the parties' consents to Magistrate Judge Volpe's jurisdiction. The Court adopts that unopposed partial recommendation, *Doc. 20*. Fed. R. Civ. P. 72(b)(3) (1983 addition to the advisory committee notes). Cowgill's motion for an emergency injunction, *Doc. 18*, is denied. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Court will sign the reference Order, sending the case to Judge Volpe to handle all future proceedings, including entry of final judgment.

- 2 -

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

18 July 2024